IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

ANTONIO GREEN
a/k/a "Stik Tawk"

_____/

SEALED
SUPERSEDING
INDICTMENT
4:20cr42-AW

THE GRAND JURY CHARGES:

COUNT ONE

On or about November 4, 2019, in the Northern District of Florida, the defendant,

ANTONIO GREEN,
a/k/a "Stik Tawk,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate and foreign commerce, that is:

1.  a.  On or about September 5, 1996, **ANTONIO GREEN** was convicted in the State of Florida of Possession of Cocaine;

    b.  On or about November 4, 1997, **ANTONIO GREEN** was convicted in the State of Florida of Possession of Counterfeit Cocaine with Intent to Sell or Deliver;

    c.    On or about July 26, 1999, **ANTONIO GREEN** was convicted in the State of Florida of Felony Battery;

    d.    On or about July 26, 1999, **ANTONIO GREEN** was convicted in the State of Florida of Felony Battery;

    e.    On or about January 24, 2002, **ANTONIO GREEN** was convicted in the State of Florida of Battery on LEO;

    f.    On or about May 7, 2004, **ANTONIO GREEN** was convicted in the State of Florida of Felony Battery;

    g.    On or about May 7, 2004, **ANTONIO GREEN** was convicted in the State of Florida of Felony Battery;

    i.    On or about April 1, 2011, **ANTONIO GREEN** was convicted in the State of Florida of Felony Battery (Great Bodily Harm);

    j.    On or about July 17, 2013, **ANTONIO GREEN** was convicted in the State of Florida of Tampering with a Witness; and

    k.    On or about May 18, 2016, **ANTONIO GREEN** was convicted in the State of Florida of Possession of Ammunition by Convicted Felon.

2.    For each of these crimes, **ANTONIO GREEN** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **ANTONIO GREEN** did knowingly possess ammunition, namely, five rounds of CBC 9 millimeter.

4. This ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

[signature redacted]

_9/1/2020_
DATE

*[signature]*
LAWRENCE KEEFE
United States Attorney

*[signature]*
LAZARO P. FIELDS
Assistant United States Attorney

3