IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                           Case No.: 4:20cr42-AW

ANTONIO GREEN
    a/k/a "Stik Tawk"
_____/

## STATEMENT OF FACTS FOR GUILTY PLEA

In support of the Plea Agreement in this case, the United States provides the following factual basis for the acceptance of Defendant Antonio Green's (the "Defendant") plea of guilty. This Statement of Facts does not contain each and every fact relating to the commission of the offenses charged in the Indictment in the above-captioned case, but is a recitation of those facts necessary to provide a factual basis for the Defendant's plea. The Defendant admits all of the following facts as true and correct:

On November 4, 2019, members of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and the Tallahassee Police Department ("TPD") used a Confidential Informant ("CI") to purchase a firearm and ammunition for $350.00 in Tallahassee from the Defendant. Beginning on October 29, 2019, the CI made recorded telephone calls to the Defendant at a telephone number ending in 3206. The CI and the Defendant subsequently exchanged text messages at the same phone

1

FILED IN OPEN COURT THIS
3/26/2021 cm
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

number regarding the purchase of a firearm. On October 31, 2019, the Defendant told the CI on a recorded call that he (the Defendant) was working on obtaining the firearm. On November 4, 2019, the Defendant and the CI agreed to meet at a pre-determined meeting location in Tallahassee, Florida to complete the sale of the firearm.

The CI and an undercover ATF agent drove to the pre-determined meeting location in an undercover vehicle where the Defendant entered the vehicle and displayed an SCCY, Model CPX-2 9mm caliber pistol containing 5 rounds of 9mm Companhia Brasileira de Cartuchos ("CBC") Luger caliber ammunition. The ammunition was manufactured in Brazil. The undercover agent provided the Defendant with $350 in exchange for the pistol and ammunition. The sale of the firearm and ammunition were captured on audio/video surveillance, which show the Defendant displaying the firearm and ammunition to the CI and undercover agent in the vehicle.

Prior to November 4, 2019, the Defendant knew he had been convicted of a felony, that is, a crime punishable by imprisonment for more than one year.

## NOTICE OF ELEMENTS

### Count One: Felon in Possession of Ammunition (18 U.S.C. § 922(g)(1))

*First*: The Defendant knowingly possessed ammunition in or affecting interstate or foreign commerce; and

*Second*: Before possessing the ammunition, the Defendant knew he had been convicted of a felony—a crime punishable by imprisonment for more than one year.

JASON R. COODY
Acting United States Attorney

_Elizabeth Vallejo_
ELIZABETH VALLEJO
Attorney for Defendant

_[signature]_
LAZARO P. FIELDS
Assistant United States Attorney
Florida Bar No. 1004725
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430
lazaro.fields@usdoj.gov

_3/22/21_
Date

_[signature]_
ANTONIO GREEN
Defendant

_3/26/21_
Date

_3-23-21_
Date